United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA GALLARDO GOMEZ ) | |
| ) | |
| ) | C.A. No. B-03-232 |
| v. ) | |
| ) | |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT ) | DHS A No. A90 747 870 |
| DIRECTOR FOR INTERIOR ENFORCEMENT, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

## UNOPPOSED MOTION FOR ABATEMENT OF CASE

Maria Gallardo Gomez, Petitioner, files this Unopposed Motion for Abatement, and shows as follows:

1. Petitioner has this date filed her Petition for Writ of Habeas Corpus alleging that a writ should issue to stay a Removal Order against Petitioner and to void said Order based on allegations regarding the impermissible retroactive application of the law as well as violations of the constitutional principles of equal protection and due process, among other claims. Certain of the Petitioner's claims bear factual and/or legal similarities to *Laura Estela Salazar-Regino, et al v. E.M. Trominski, INS District Director, et al*, Cause No. B-02-045(S.D. Tex.--Brownsville Division). A dispositive District Court order in *Salazar-Regino v. Trominski* entered on October 2, 2003. The *Salazar-Regino* Petitioners have since filed their Notice of Appeal to the Court of Appeals for the Fifth Circuit. The *Salazar-Regino* case is docketed before the Court of Appeals as No. 03-41492 and the appeal to the Fifth Circuit proceeds.

2. Petitioner in this motion seeks abatement until the *Salazar-Regino* case is finally decided and appeals exhausted and a stay of any removal action against the Petitioner until that event. Because of the nature of the *Salazar-Regino* case and the fact that it presents arguments and issues of national importance, it is likely that the non-prevailing party before the Court of Appeals may seek review by the U.S. Supreme

Court.

3.  Petitioner asserts that the abatement of this case would promote judicial economy by allowing the development a final, non-appealable decision on a related case, that is, the *Salazar-Regino* case.

4.  By telephone conference with Attorney for Respondents, Ms. Lisa Putnam, on December 10, 2003, Petitioner's counsel informed Ms. Putnam of the contemplated filing of the Petition for Habeas Corpus in this case, requested her position on the filing of this Motion at the time of the filing of the Petition, and confirmed with Ms. Putnam that the Respondents are unopposed to this motion.

Wherefore, the Petitioner prays that this Court abate this case until the *Salazar-Regino* case reaches final, non-appealable decision, and grant any other relief which this Court deems just and proper.

Respectfully Submitted,

*/s/ Paula S. Waddle*

Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, TX 78550
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was delivered by certified mail return receipt requested to Ms. Lisa Putnam, SAUSA, DHS District Office, at 1701 Zoy, Harlingen, Texas 78550, this 18th day of December, 2003.

*/s/ Paula S. Waddle*

Paula S. Waddle