3

B-03-232

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: ______

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

G Returned unexecuted: ______

G Other (specify): Certified Receipt #7002 0860 0004 8095 8380 was received by Mr. Philip D. Tutak on 12/24/2003

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/9/2004
Date

[signature]
*Signature of Server*

Attorney at Law
107 N. 3rd. St.
Harlingen, Texas 78550
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

**MARIA GALLARDO-GOMEZ**

V.

**Philip D. Tutak, Interim District Director**

**John Ashcroft, Attorney General of the United States**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-03-232

TO: (Name and address of Defendant)

**Philip D. Tutak,**
**Interim District Director**
**1717 Zoy St.**
**Harlingen, Texas 78550**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Paula Waddle**
**107 N. 3rd. St.**
**Harlingen, Texas 78550**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
CLERK

12-22-03
DATE

(By) DEPUTY CLERK