United States District Court
Southern District of Texas
ENTERED

FEB 17 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA GALLARDO GOMEZ | ) |
| | ) |
| v. | ) C.A. No. B-03-232 |
| | ) |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT | ) DHS A No. 90 747 870 |
| DIRECTOR FOR INTERIOR ENFORCEMENT, | ) |
| and | ) |
| JOHN ASHCROFT, ATTORNEY | ) |
| GENERAL OF THE UNITED STATES. | ) |

## ORDER

The Petitioner's Unopposed Motion for Abatement having been duly filed in the above-entitled proceeding, the Court having considered the Motion and having determined that the Motion should be granted, it is

**Ordered** that the Petitioner's Unopposed Motion for Abatement be and hereby is granted in all things; the case shall be held in abeyance until a final, non-appealable dispositive order is entered in *Salazar-Regino v. Trominski* now on appeal to the Court of Appeals for the Fifth Circuit as Case No.03-41492, following which the parties shall be given sixty (60) days of the entry of said order to file any additional pleadings in this matter during which time the removal of Maria Gallardo Gomez shall be stayed until further order of this Court.

Dated: Feb 17, 2004.

_____
**United States District Judge**