



FEB 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA GALLARDO-GOMEZ, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. B-03-232 |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT DIRECTOR FOR INTERIOR ENFORCEMENT AND JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES | § | |
| Respondents. | § | |

## ORDER

Upon consideration of the UNOPPOSED MOTION TO STAY REMOVAL, the Court finds that the Motion should be granted.

It is ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of a final decision in <u>Salazar-Regino v. Trominski</u> and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of <u>Salazar-Regino v. Trominski</u> and the consolidated cases.

Done this 23rd day of Feb, 2004, in Brownsville, Texas.

Judge Andrew S. Hanen
US District Judge, Southern District of Texas