UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA GALLARDO GOMEZ ) | |
| ) | |
| v. ) | C.A. No. B-03-232 |
| ) | |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT ) | |
| DIRECTOR FOR INTERIOR ENFORCEMENT, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

### ORDER GRANTING GRANTING BRIEFING TIME

Upon consideration of the Petitioner's unopposed Motion for time to brief the impact and issues of the REAL ID Act on the instant case, the Court finds that the Motion should be granted.

It is ordered that the Petitioner's counsel shall brief the issues raised by the REAL ID Act as apply to this case within _____ days from the date hereof, and that Respondents' counsel may file a response thereto within _____ days of service of Petitioner's brief upon Respondents' counsel.

Dated: _____, 2005.

_____
**United States District Judge**