United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| MARIA GALLARDO GOMEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-232 |
| | § | |
| PHILIP D. TUTAK, DHS Interim District | § | |
| Director for Interior Enforcement and | § | |
| JOHN ASHCROFT, Attorney General of | § | |
| the United States | § | |

## ORDER GRANTING MOTION TO PERMIT BRIEFING

Upon consideration of the Petitioner's Unopposed Motion for time to brief the impact and issues of the Real ID Act on the instant case, the Court finds that the Motion should be **GRANTED**.

It is hereby **ORDERED** that Petitioner's counsel shall brief the issues raised by the Real ID Act as applied to this case by July 22, 2005, and that Respondent's counsel may file a response by August 5, 2005.

Signed in Brownsville, Texas, this 20th day of June, 2005.

Andrew S. Hanen
United States District Judge