United States District Court
Southern District of Texas
FILED

JUL 21 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA GALLARDO GOMEZ | ) ) ) |
| v. | ) C.A. No. B-03-232 |
| | ) |
| PHILIP D. TUTAK, DHS INTERIM DISTRICT DIRECTOR FOR INTERIOR ENFORCEMENT, and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES. | ) ) ) ) ) ) |

### PETITIONER'S NOTICE OF WITHDRAWAL OF OPPOSITION TO TRANSFER MOTION

The Counsel for Petitioner, **Maria Gallardo Gomez,** respectfully files this Notice of Withdrawal of Opposition to Transfer Motion, and for cause shows as follows:

1. Counsel for Petitioner requested time to brief the impact of the REAL ID Act on this instant case, and so partially opposed the Respondents' Motion to Transfer.

2. Having now reviewed the case and the REAL ID Act, and it appearing that the case involves only a challenge to the Order of Removal, Counsel for Petitioner no longer opposes the transfer motion, and no longer seeks a briefing opportunity in this instant proceeding, on the issue of the impact of the REAL ID Act on this case.

Wherefore, Petitioner respectfully requests that the Court allow the withdrawal of the briefing request and/or the opposition of the Petitioner to the transfer Motion, and for such other relief as is just.

Respectfully submitted,

By: /s/ Paula S. Waddle
Paula S. Waddle, Attorney at Law
South Texas Immigration Council, Inc.
Paula S. Waddle, Attorney in Charge
4793 W. Expressway 83
Harlingen, TX 78552
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was mailed by first class mail to Mr. Rene Benavides, AUSA, at 1701 W. Highway 83, #600, McAllen, Texas 78550, on this the 21st day of July, 2005.

/s/ Paula S. Waddle

Paula S. Waddle