UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA GALLARDO GOMEZ )<br>)<br>)<br>v.  )<br>)<br>PHILIP D. TUTAK, DHS INTERIM DISTRICT )<br>DIRECTOR FOR INTERIOR ENFORCEMENT, )<br>and )<br>JOHN ASHCROFT, ATTORNEY )<br>GENERAL OF THE UNITED STATES.  ) | C.A. No. B-03-232 |

### ORDER GRANTING WITHDRAWAL OF OPPOSITION

Upon consideration of the Opposed Motion to Transfer in light of REAL ID Act, and the Petitioner's Counsel's Notice of Withdrawal of Opposition thereto, the Court finds that the Motion should be granted.

It is ordered that the Petitioner's counsel's Opposition to the Motion to Transfer is hereby withdrawn.

Dated: _____, 2005.

_____
United States District Judge