# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | |
|---|---|
| MARIA GALLARDO-GOMEZ, § <br> Petitioner, § <br> § <br> vs. § <br> § <br> PHILIP D. TUTAK, DHS Interim District § <br> Director for Interior Enforcement, and JOHN § <br> ASHCROFT, Attorney General of the United § <br> States, § <br> Respondents. § | CIVIL ACTION NO. B-03-232 |

## ORDER

Pending is Respondents' Opposed Motion to Transfer Case to the Fifth Circuit [Docket No. 10]. Given Petitioner's withdrawal of her opposition [Docket Nos. 13, 14], this Court hereby **GRANTS** said motion. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed in Brownsville, Texas, this 23rd day of August, 2005.

_____
Andrew S. Hanen
United States District Judge